IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


Motion GRANTED.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:13-00055 |
| ) | Judge Trauger |
| ) | |
| LESTER FRANCISCO PASTORA- ) | |
| ALTAMIRANO ) | |
| a.k.a. ERIC FRANCISCO ZAPATA-ALTA ) | |

### MOTION FOR LEAVE TO JOIN IN THE CO-DEFENDANTS' MOTIONS TO CONTINUE TRIAL AND PRE-TRIAL MOTION DEADLINE

Comes now defendant, Lester Francisco Pastora-Altamirano, through undersigned counsel, and hereby requests leave of court to adopt the motions of the co-defendants to continue the trial and pre-trial deadlines. Harold B. McDonough, Jr., Assistant United States Attorney handling this case for the government, does not object to the continuance.

A Waiver of Speedy Trial is being filed with this motion.

Respectfully submitted,

s/ *Jude T. Lenahan*
JUDE T. LENAHAN, BPR # 003759
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Lester Francisco Pastora-Altamirano, a.k.a. Eric Francisco Zapata-Alta

### CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2013, I electronically filed the foregoing Motion for Leave to Join in the Co-Defendants' Motions to Continue Trial and Pre-Trial Motion Deadline with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: