IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00055 |
| | ) | Judge Trauger |
| | ) | |
| [1] ERIC FRANCISCO ZAPATA-ALTA | ) | |

### O R D E R

It is hereby **ORDERED** that a change of plea hearing shall be held in this case on Monday, August 25, 2014, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 20th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge